170 A.3d 308

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF-RESPONDENT, v. N.L., DEFENDANT-PETITIONER, AND S.B., DEFENDANT, AND D.W., DEFEN-DANT. IN THE MATTER OF THE GUARDIANSHIP OF J.R.D. AND H.A.B., MINORS-RESPONDENTS.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1956/1957–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 308

STATE IN THE INTEREST OF N.C., A
JUVENILE. (N.C.—PETITIONER)

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005097–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.